UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:06-CR-57 |
| v. | ) | |
| | ) | |
| BRANDON MILLS | ) | COLLIER/CARTER |

## REPORT AND RECOMMENDATION

An October 6, 2006, letter from Stephen M. Dewalt, Warden of the Federal Bureau of Prisons in Lexington, Kentucky, and a Forensic Evaluation of defendant Brandon Mills were received by the undersigned Magistrate Judge. The finding in the evaluation was that the defendant is currently competent to stand trial. A Waiver of Mental Competency Hearing was filed with this Court on October 13, 2006. It is therefore ORDERED that the waiver be filed as a part of the record. The Court RECOMMENDS on the basis of the waiver and the report that defendant Brandon Mills be found competent to stand trial.

                                                s/William B. Mitchell Carter
                                                UNITED STATES MAGISTRATE JUDGE